NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**GREGORY K. WALKER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2014-7014

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1932, Judge Alan G. Lance, Sr.

**ON MOTION**

## O R D E R

Upon consideration of Gregory K. Walker's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                                          WALKER v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: March 7, 2014